# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: DEKALB PAVING, INC. § Case No. 10-72540
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 18, 2010. The undersigned trustee was appointed on May 20, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         22,177.38

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 1,000.00 |
   | Administrative expenses | 3,300.00 |
   | Bank service fees | 878.99 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 16,998.39 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims of this case was 12/21/2010 and the deadline for filing governmental claims was 12/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,967.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,967.74, for a total compensation of $2,967.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $118.76, for total expenses of $118.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2013    By: /s/MEGAN G. HEEG
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  
**Period Ending:** 10/30/13

**Trustee:** (330490)   MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/18/10 (f)  
**§341(a) Meeting Date:** 07/09/10  
**Claims Bar Date:** 12/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: American Charter checking account; Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Resource Bank checking account; Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Accounts receivable.<br>Orig. Asset Memo: Orig. Description: See attached list; Imported from original petition Doc# 1; (See Footnote) | 213,442.00 | 0.00 | | 0.00 | FA |
| 4 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 2001 Ford pickup; Imported from original petition Doc# 1 is this VIN 3FTNX20F31MA09579?; | 7,000.00 | 1,400.00 | | 1,400.00 | FA |
| 5 | Machinery, fixtures, equipment and supplies used<br>Orig. Asset Memo: Orig. Description: Wood Drag Box; Imported from original petition Doc# 1; | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2004 Millennium Trailer; VIN 5MTD25294A000264; | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2004 Redi Haul Trailer; VIN 47SS091TX41020393; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2004 Interstate Trailer; VIN 1JKAPC20X4M))5383; | 0.00 | 1,700.00 | | 1,700.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2000 Towmaster Trailer; VIN 4KNTT1826YL163527; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1997 Mack 200 Series Flatbed; VIN VGM11689VB103292; | 0.00 | 400.00 | | 400.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES (u) | 0.00 | 2,800.00 | | 2,800.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-72540  
Case Name: DEKALB PAVING, INC.  
Period Ending: 10/30/13

Trustee: (330490) MEGAN G. HEEG  
Filed (f) or Converted (c): 05/18/10 (f)  
§341(a) Meeting Date: 07/09/10  
Claims Bar Date: 12/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: 1987 Ford Conventioal LL Carryall; VIN 1FDYU82A3HVA52440; | | | | | |
| 12 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1992 International Paystar F5070; VIN 2HTTGA2T2NC056336; | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2000 Mack 250 Ms250 Flatbed; VIN VG6M117B2YB203446; | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1984 International Trl Truck; VIN 1HSZEHUR8EHA25005; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1990 Ford F150 Pickup; VIN 1FTDF15Y8LLB21267; | 0.00 | 1,200.00 | | 1,200.00 | FA |
| 16 | LIQUIDATED DEBTS OWING DEBTOR<br>Orig. Asset Memo: Judgment lien against prop owned by Montalbano builders (9/29/10 1st mtg holder offered $750 to release lien); (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Towmaster Trailer (u)<br>Orig. Asset Memo: Vin ending 163524; | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 18 | Sullilvan air compressor (u) (See Footnote) | 0.00 | 1,000.00 | | 2,000.00 | FA |
| 19 | Nicor return of excess deposit (u)<br>Orig. Asset Memo: NiCor return of excess deposit; | 0.00 | 175.54 | | 175.54 | FA |
| 20 | Other Personal Property (unscheduled) (u)<br>Orig. Asset Memo: Potential preference to American Chartered Bank re: repossesssion of CH613 Mack Truck VIN 1M1AA13Y6TW06057 and Hillbilt dump trailer VIN 1H9A3E3C411015040.; (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.84 | FA |
| 21 | Assets Totals (Excluding unknown values) | $221,942.00 | $21,175.54 | | $22,177.38 | $0.00 |

RE PROP# 3 (Creditor has perfected security interest in this asset)  
RE PROP# 16 Secured creditor has perfected security interest in same  
RE PROP# 18 Secured creditor claimed security interest. Compromised by payment of $1,000 to creditor per court order.

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-72540 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | DEKALB PAVING, INC. | Filed (f) or Converted (c): | 05/18/10 (f) |
|  |  | §341(a) Meeting Date: | 07/09/10 |
| Period Ending: | 10/30/13 | Claims Bar Date: | 12/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

RE PROP# 20   After investigation learned lender has perfected security interest since at least 2007.

---

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 30, 2011    **Current Projected Date Of Final Report (TFR):**   October 30, 2013 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-72540 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | DEKALB PAVING, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******78-65 - Money Market Account |
| Taxpayer ID #: | **-***6643 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/30/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/15/10 | | Lenny Bryson Auctioneer | sale of assets per court order | | 18,700.00 | | 18,700.00 |
| | {4} | | 1,400.00 | 1129-000 | | | 18,700.00 |
| | {6} | | 2,500.00 | 1229-000 | | | 18,700.00 |
| | {7} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {8} | | 1,700.00 | 1229-000 | | | 18,700.00 |
| | {9} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {10} | | 400.00 | 1229-000 | | | 18,700.00 |
| | {11} | | 2,800.00 | 1229-000 | | | 18,700.00 |
| | {12} | | 2,500.00 | 1229-000 | | | 18,700.00 |
| | {13} | | 1,000.00 | 1229-000 | | | 18,700.00 |
| | {14} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {15} | | 1,200.00 | 1229-000 | | | 18,700.00 |
| | {17} | | 2,000.00 | 1229-000 | | | 18,700.00 |
| | {18} | | 2,000.00 | 1229-000 | | | 18,700.00 |
| | | | -3,300.00 | 3610-000 | | | 18,700.00 |
| 12/23/10 | 1001 | American Chartered Bank | Sullivan air compressor | 4210-000 | | 1,000.00 | 17,700.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,700.07 |
| 01/11/11 | | ACCOUNT FUNDED: 9200******7819 | | 9999-000 | | 17,000.00 | 700.07 |
| 01/14/11 | {19} | Nicor | refund of deposit | 1229-000 | 175.54 | | 875.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 875.66 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 875.66 |
| 07/18/11 | | To Account #9200******7819 | combine MMA's | 9999-000 | | 875.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,875.66 | 18,875.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,875.66 | |
| | | | Subtotal | | 18,875.66 | 1,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $18,875.66 | $1,000.00 | |

{} Asset reference(s)    Printed: 10/30/2013 02:42 PM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-72540 | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|
| Case Name: | DEKALB PAVING, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******78-19 - Checking Account |
| Taxpayer ID #: | **-***6643 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/30/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/11 | | FUNDING ACCOUNT: 9200******7865 | | 9999-000 | 17,000.00 | | 17,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 17,000.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.22 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.76 |
| 07/18/11 | | From Account #9200******7865 | combine MMA's | 9999-000 | 875.66 | | 17,876.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,876.56 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.20 | 17,843.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,843.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.56 | 17,801.94 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.22 | 17,803.16 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,803.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.58 | 17,766.71 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,766.85 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.29 | 17,731.56 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,731.69 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.86 | 17,692.83 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,692.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.35 | 17,656.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,656.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.59 | 17,618.17 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.89 | 17,583.28 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.03 | 17,547.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.75 | 17,512.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.47 | 17,473.03 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.61 | 17,438.42 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.11 | 17,400.31 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.84 | 17,363.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.20 | 17,330.27 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 17,291.21 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.43 | 17,255.78 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.17 | 17,221.61 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 17,221.61 | 0.00 |

Subtotals : $17,877.38   $17,877.38

{} Asset reference(s)

Printed: 10/30/2013 02:42 PM   V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-72540 | | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | DEKALB PAVING, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******78-19 - Checking Account |
| Taxpayer ID #: | **-***6643 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/30/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 17,877.38 | 17,877.38 | $0.00 |
| | | | Less: Bank Transfers | | 17,875.66 | 17,221.61 | |
| | | | Subtotal | | 1.72 | 655.77 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.72 | $655.77 | |

{} Asset reference(s)

Printed: 10/30/2013 02:42 PM    V.13.13

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 10-72540 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | DEKALB PAVING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****160319 - Checking Account |
| Taxpayer ID #: | **-***6643 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 10/30/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,221.61 | | 17,221.61 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.41 | 17,195.20 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.08 | 17,172.12 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.87 | 17,148.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.30 | 17,121.95 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.44 | 17,096.51 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.94 | 17,073.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.01 | 17,046.56 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.51 | 17,022.05 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.66 | 16,998.39 |

|  | ACCOUNT TOTALS | 17,221.61 | 223.22 | $16,998.39 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 17,221.61 | 0.00 | |
|  | Subtotal | 0.00 | 223.22 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $223.22 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******78-65 | 18,875.66 | 1,000.00 | 0.00 |
| Checking # 9200-******78-19 | 1.72 | 655.77 | 0.00 |
| Checking # ****160319 | 0.00 | 223.22 | 16,998.39 |
| | $18,877.38 | $1,878.99 | $16,998.39 |

{} Asset reference(s)

Printed: 10/30/2013 02:42 PM    V.13.13

# Claims Proposed Distribution

## Case: 10-72540   DEKALB PAVING, INC.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $16,998.39 | Total Proposed Payment: | $16,998.39 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Carl C. Swanson, CPA | Admin Ch. 7 | 1,000.00 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 15,998.39 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 298.38 | 298.38 | 0.00 | 298.38 | 298.38 | 15,700.01 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 3,000.00 | 12,700.01 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 118.76 | 118.76 | 0.00 | 118.76 | 118.76 | 12,581.25 |
| | <2200-00   Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 2,967.74 | 2,967.74 | 0.00 | 2,967.74 | 2,967.74 | 9,613.51 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| 2P | Illinois Department of Employment Security | Priority | 2,599.67 | 2,599.67 | 0.00 | 2,599.67 | 2,599.67 | 7,013.84 |
| 1 | UNITED PARCEL SERVICE | Unsecured | 10.97 | 10.97 | 0.00 | 10.97 | 0.27 | 7,013.57 |
| 2U | Illinois Department of Employment Security | Unsecured | 80.00 | 80.00 | 0.00 | 80.00 | 1.87 | 7,011.70 |
| 3 | Franks, Gerkin & McKenna, P.C. | Unsecured | 1,108.75 | 1,108.75 | 0.00 | 1,108.75 | 25.91 | 6,985.79 |
| 4 | Testing Service Corp. | Unsecured | 5,482.09 | 5,482.09 | 0.00 | 5,482.09 | 128.12 | 6,857.67 |
| 5 | Super Trucking Construction, Inc. | Unsecured | 918.00 | 918.00 | 0.00 | 918.00 | 21.46 | 6,836.21 |
| 6 | DeMar Sealcoating | Unsecured | 16,925.20 | 16,925.20 | 0.00 | 16,925.20 | 395.57 | 6,440.64 |
| 7 | Greer Excavating | Unsecured | 4,353.75 | 4,353.75 | 0.00 | 4,353.75 | 101.75 | 6,338.89 |
| 8 | Northern Illinois Fencing | Unsecured | 9,279.40 | 9,279.40 | 0.00 | 9,279.40 | 216.87 | 6,122.02 |
| 9 | Roland Machinery | Unsecured | 3,697.94 | 3,697.94 | 0.00 | 3,697.94 | 86.43 | 6,035.59 |
| 10 | Road Fabrics, Inc. | Unsecured | 8,324.41 | 8,324.41 | 0.00 | 8,324.41 | 194.55 | 5,841.04 |
| 11 | TCF Equipment Finance Inc | Unsecured | 10,776.90 | 10,776.90 | 0.00 | 10,776.90 | 251.87 | 5,589.17 |
| 12 | Fox Valley & Vicinity Laborers Fringe Benefit Fund | Unsecured | 5,301.82 | 5,301.82 | 0.00 | 5,301.82 | 123.91 | 5,465.26 |
| 13 | JL Company | Unsecured | 4,106.00 | 4,106.00 | 0.00 | 4,106.00 | 95.96 | 5,369.30 |
| 14 | Peerless Fence | Unsecured | 635.00 | 635.00 | 0.00 | 635.00 | 14.84 | 5,354.46 |
| 15 | Auto-Owners Insurance Company | Unsecured | 1,264.85 | 1,264.85 | 0.00 | 1,264.85 | 29.56 | 5,324.90 |
| 16 | Sanco Traffic | Unsecured | 1,003.20 | 1,003.20 | 0.00 | 1,003.20 | 23.45 | 5,301.45 |
| 17 | Curran Contracting | Unsecured | 3,777.63 | 3,777.63 | 0.00 | 3,777.63 | 88.29 | 5,213.16 |
| 18 | Double M. Trucking | Unsecured | 5,654.50 | 5,654.50 | 0.00 | 5,654.50 | 132.15 | 5,081.01 |
| 19 | Mueller & Co., LLP | Unsecured | 19,851.65 | 19,851.65 | 0.00 | 19,851.65 | 463.96 | 4,617.05 |

# Claims Proposed Distribution

## Case: 10-72540   DEKALB PAVING, INC.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $16,998.39 | | Total Proposed Payment: | $16,998.39 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 20 | DeKalb County Auto Parts, Inc. | Unsecured | 150.53 | 150.53 | 0.00 | 150.53 | 3.52 | 4,613.53 |
| 21 | United Fire & Casualty Company | Unsecured | 195,263.70 | 195,263.70 | 0.00 | 195,263.70 | 4,563.61 | 49.92 |
| 22 | Internal Revenue Service | Unsecured | 2,136.00 | 2,136.00 | 0.00 | 2,136.00 | 49.92 | 0.00 |
| | Total for Case 10-72540 : | | $310,086.84 | $310,086.84 | $0.00 | $310,086.84 | $16,998.39 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $7,384.88 | $7,384.88 | $0.00 | $7,384.88 | 100.000000% |
| Total Priority Claims : | $2,599.67 | $2,599.67 | $0.00 | $2,599.67 | 100.000000% |
| Total Unsecured Claims : | $300,102.29 | $300,102.29 | $0.00 | $7,013.84 | 2.337150% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72540
Case Name: DEKALB PAVING, INC.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 16,998.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,998.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,967.74 | 0.00 | 2,967.74 |
| Trustee, Expenses - MEGAN G. HEEG | 118.76 | 0.00 | 118.76 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 298.38 | 0.00 | 298.38 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid for chapter 7 administration expenses: $ 7,384.88
Remaining balance: $ 9,613.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,613.51

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above that may be allowed by the Court, priority claims totaling $2,599.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 2,599.67 | 0.00 | 2,599.67 |

Total to be paid for priority claims:   $   2,599.67
Remaining balance:   $   7,013.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 300,102.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | UNITED PARCEL SERVICE | 10.97 | 0.00 | 0.27 |
| 2U | Illinois Department of Employment Security | 80.00 | 0.00 | 1.87 |
| 3 | Franks, Gerkin & McKenna, P.C. | 1,108.75 | 0.00 | 25.91 |
| 4 | Testing Service Corp. | 5,482.09 | 0.00 | 128.12 |
| 5 | Super Trucking Construction, Inc. | 918.00 | 0.00 | 21.46 |
| 6 | DeMar Sealcoating | 16,925.20 | 0.00 | 395.57 |
| 7 | Greer Excavating | 4,353.75 | 0.00 | 101.75 |
| 8 | Northern Illinois Fencing | 9,279.40 | 0.00 | 216.87 |
| 9 | Roland Machinery | 3,697.94 | 0.00 | 86.43 |
| 10 | Road Fabrics, Inc. | 8,324.41 | 0.00 | 194.55 |
| 11 | TCF Equipment Finance Inc | 10,776.90 | 0.00 | 251.87 |
| 12 | Fox Valley & Vicinity Laborers Fringe Benefit Fund | 5,301.82 | 0.00 | 123.91 |
| 13 | JL Company | 4,106.00 | 0.00 | 95.96 |
| 14 | Peerless Fence | 635.00 | 0.00 | 14.84 |
| 15 | Auto-Owners Insurance Company | 1,264.85 | 0.00 | 29.56 |
| 16 | Sanco Traffic | 1,003.20 | 0.00 | 23.45 |
| 17 | Curran Contracting | 3,777.63 | 0.00 | 88.29 |
| 18 | Double M. Trucking | 5,654.50 | 0.00 | 132.15 |
| 19 | Mueller & Co., LLP | 19,851.65 | 0.00 | 463.96 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---|---|---|
| 20 | Dekalb County Tax Parts | 3.52 | | |
| 21 | United Fire & Casualty Company | 195,263.70 | 0.00 | 4,563.61 |
| 22 | Internal Revenue Service | 2,136.00 | 0.00 | 49.92 |

Total to be paid for timely general unsecured claims: $ 7,013.84
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00
