UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: DEKALB PAVING, INC. | §   Case No. 10-72540 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/09/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 10/30/2013          By: /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: DEKALB PAVING, INC. § Case No. 10-72540
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 22,177.38 |
| and approved disbursements of | $ 5,178.99 |
| leaving a balance on hand of [1] | $ 16,998.39 |

**Balance on hand:** $ 16,998.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,998.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,967.74 | 0.00 | 2,967.74 |
| Trustee, Expenses - MEGAN G. HEEG | 118.76 | 0.00 | 118.76 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 298.38 | 0.00 | 298.38 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 1,000.00 | 0.00 | 1,000.00 |

Total to be paid for chapter 7 administration expenses: $ 7,384.88
Remaining balance: $ 9,613.51

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,613.51

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,599.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 2,599.67 | 0.00 | 2,599.67 |

Total to be paid for priority claims:   $   2,599.67
Remaining balance:   $   7,013.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 300,102.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | UNITED PARCEL SERVICE | 10.97 | 0.00 | 0.27 |
| 2U | Illinois Department of Employment Security | 80.00 | 0.00 | 1.87 |
| 3 | Franks, Gerkin & McKenna, P.C. | 1,108.75 | 0.00 | 25.91 |
| 4 | Testing Service Corp. | 5,482.09 | 0.00 | 128.12 |
| 5 | Super Trucking Construction, Inc. | 918.00 | 0.00 | 21.46 |
| 6 | DeMar Sealcoating | 16,925.20 | 0.00 | 395.57 |
| 7 | Greer Excavating | 4,353.75 | 0.00 | 101.75 |
| 8 | Northern Illinois Fencing | 9,279.40 | 0.00 | 216.87 |
| 9 | Roland Machinery | 3,697.94 | 0.00 | 86.43 |
| 10 | Road Fabrics, Inc. | 8,324.41 | 0.00 | 194.55 |
| 11 | TCF Equipment Finance Inc | 10,776.90 | 0.00 | 251.87 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 12 | Fox Valley & Vicinity Laborers Fringe Benefit Fund | 5,307.82 | 0.00 | 123.91 |
| 13 | JL Company | 4,106.00 | 0.00 | 95.96 |
| 14 | Peerless Fence | 635.00 | 0.00 | 14.84 |
| 15 | Auto-Owners Insurance Company | 1,264.85 | 0.00 | 29.56 |
| 16 | Sanco Traffic | 1,003.20 | 0.00 | 23.45 |
| 17 | Curran Contracting | 3,777.63 | 0.00 | 88.29 |
| 18 | Double M. Trucking | 5,654.50 | 0.00 | 132.15 |
| 19 | Mueller & Co., LLP | 19,851.65 | 0.00 | 463.96 |
| 20 | DeKalb County Auto Parts, Inc. | 150.53 | 0.00 | 3.52 |
| 21 | United Fire & Casualty Company | 195,263.70 | 0.00 | 4,563.61 |
| 22 | Internal Revenue Service | 2,136.00 | 0.00 | 49.92 |

Total to be paid for timely general unsecured claims:     $     7,013.84
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-72540-TML
DeKalb Paving, Inc.                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Nov 08, 2013
                                  Form ID: pdf006       Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.

```
db              DeKalb Paving, Inc.,    16487 Route 23,    DeKalb, IL 60115
15591895       +1st Ayd Corporation,    1325 Gateway Drive,    Elgin, IL 60124-7866
15591896       +Active Excavating & Wreckage, Inc,    817 E. North Street,    Elburn, IL 60119-9084
15591897       +Advance Asphalt Co.,    P.O. Box 234,    Princeton, IL 61356-0234
15591898       +All Types Fence, Inc.,    1665 State Route 23 N,    Streator, IL 61364-9498
15591899       +Allied Asphalt,    1100 Brandt Drive,    Hoffman Estates, IL 60192-1676
15591900       +American Chartered Bank,    1199 East Higgins Road,    Schaumburg, IL 60173-4711
15591901       +Anderson Concrete Co., Inc.,    190 W. 1st Street,    P.O. Box 266,    DeKalb, IL 60115-0266
15591903        Auto Owners,    P.O. Box 30315,    Lansing, MI 48909-7815
16320575       +Auto-Owners Insurance Company,    Attn: Accounts Rec Dept,    POB 30660,    Lansing MI 48909-8160
15591905       +BHFX LLC,    80 West Seegers Road,    Arlington Heights, IL 60005-3917
15591904       +Beverly Materials, LLC,    1100 Brandt Drive,    Hoffman Estates, IL 60192-1676
15591906       +Boughton Trucking & Materials,    11746 S. Naperville-Plainfield,    Plainfield, IL 60585-9490
15591907       +Campton Excavating,    825 Hicks Drive,    Elburn, IL 60119-9062
15591909       +Chadwick Contracting, Co.,    12 Prosper Ct.,    Lake in the Hills, IL 60156-9601
15591910       +Charles E. Crosauer & Associates,    1101 DeKalb Avenue,    Suite 2,    Sycamore, IL 60178-3305
15591911        Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
15591912       +Chicago Materials Corp,    13769 Main Street,    Lemont, IL 60439-9371
15591914        ComEd Bill Payment Center,    Chicago, IL 60668-0002
15591915       +Conserve, FS, INC.,    97791 Eagle Way,    Chicago, IL 60678-0001
15591916       +Curran Contracting,    286 Memorial Ct.,    Crystal Lake, IL 60014-6277
15591919      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court:  Dell Business Credit,    P.O. Box 5275,    Carol Stream, IL 60197)
15591917        DeKalb Business Processing Center,    P.O. Box 5275,    Carol Stream, IL 60197-5275
15591918       +DeKalb County Auto Parts, Inc.,    607 East Lincoln HWY,    DeKalb, IL 60115-3807
15591920        DeMar Sealcoating,    240 E. Hellen Road,    Palatine, IL 60067-6955
15591922       +Double M. Trucking,    P.O. Box 158,    Peru, IL 61354-0158
15591923        Dunn Company,    724 North Mercer Street,    Decatur, IL 62522-1699
15591924        FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
15591925       +Fence Connection, Inc.,    970 Villa Street,    Elgin, IL 60120-8147
15591926       +Ferguson & Associates,    25 East Main Street,    Suite C,    Roselle, IL 60172-2056
16231685       +Fox Valley & Vicinity Laborers Fringe Benefit Fund,    Baum Sigman Auerbach & Neuman, Ltd.,
                 c/o Jennifer Dunitz-Geiringer,    200 W. Adams St., Suite 2200,    Chicago, IL 60606-5231
15591927        Fox Valley Laborers,    c/o Jennifer Dunitz-Geiringer,    200 W. Adams St., Ste 2200,
                 Chicago, IL 60606-5231
15591928       +Franks, Gerkin & McKenna, P.C.,    19333 East Grant Highway,    P.O. Box 5,
                 Marengo, IL 60152-0005
15591929       +Greer Excavating,    17N 590 US Highway 20,    Hampshire, IL 60140-8800
15591930        Highway Technologies, Inc.,    33946 Treasurey Center,    Chicago, IL 60694-6300
15591931       +Hoving Clean Sweep, LLC,    2351 Powis Rd.,    West Chicago, IL 60185-1013
15591932        Idearc Media Corp.,    Attn: Accounts Receivable,    P.O. Box 612727,    Dallas, TX 75261-2727
16132356       +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15591933        Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
15591934       +Intelligent Computing Solutions,    16256 Crego Rd.,    DeKalb, IL 60115-8852
15591936       +JL Company,    229 N. Middleton Ave.,    Palatine, IL 60067-4855
15591935       +Jasco Electric Corp,    2750 Barney Ct.,    McHenry, IL 60051-4565
15591937       +Koeppen Heavy Hauling,    11967 IL Route 72,    Genoa, IL 60135-8104
15591939        Lafarge Fox River, Inc.,    23285 Network Place,    Chicago, IL 60673-1232
15591940       +Leach Enterprises,    4304 Route 176,    Crystal Lake, IL 60014-3799
18373329       +Leo & Weber, PC,    One N LaSalle St Ste 3600,    Chicago, IL 60602-4015
15591942       +Mark It Corporation,    643 Parkwood,    Romeoville, IL 60446-1351
15591943        McCann Industries,    38951 Eagle Way,    Chicago, IL 60678-1389
15591944       +Medinah, Inc.,    P.O. Box 246,    Medinah, IL 60157-0246
15591947       +Northern Contracting, Inc,    1851 Coltonville Rd.,    Sycamore, IL 60178-2662
15591948       +Northern Illinois Fencing,    320 W. Lincoln Hwy,    Cortland, IL 60112-8419
15591949       +Peerless Fence,    33W401 Roosevelt Rd,    West Chicago, IL 60185-2611
15591950       #+Pomps Tire Service,    3434 35th Street,    Rockford, IL 61109-2501
15591952       +Ratliff Bros. Sealcoating,    117 S. Sycamore,    Genoa, IL 60135-1103
15591953        Road Fabrics, Inc.,    P.O. Box 87380,    Carol Stream, IL 60188-7380
15591954       +Rochelle Disposal Service, Inc.,    Box 268,    Rochelle, IL 61068-0268
15591955       +Roland Machinery,    816 Dirksen Parkway,    Springfield, IL 62702-6115
15591956       +Sanco Traffic,    200 Quaker Rd.,    Rockford, IL 61104-7069
15591957       +Schroeder Asphalt Services, Inc.,    P.O. Box 831,    Huntley, IL 60142-0831
15591959        Stark & Son Trenching, Inc.,    45W826,    Hampshire, IL 60140
15591960       +Stripe-A-Lot of America II, Corp.,    1588 N. 30th Road,    Ottawa, IL 61350-9611
15591961       +Super Trucking Construction, Inc.,    4503 US Highway 12,    Richmond, IL 60071-9732
15591962        Superior Diesel, Inc,    P.O. Box 188,    Waterman, IL 60556-0188
15591964       +Testing Service Corp.,    360 S. Main Place,    Carol Stream, IL 60188-2404
15591965       +Traffic Control & Protection,    31 W 351 North Avenue,    West Chicago, IL 60185-1058
15591966        U.P.S.,    Lockbox 577,    Carol Stream, IL 60132-0577
15877420       +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
                 Timonium, Maryland 21094-4396
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 3                   Date Rcvd: Nov 08, 2013
                              Form ID: pdf006              Total Noticed: 80


15591967      Union Fire & Casualty Co.,    118 2nd Ave., Southeast,    P.O. Box 73909,
               Cedar Rapids, IA 52407-3909
16576435     +United Fire & Casualty Company,    Michael J Weber - Leo & Weber PC,    1 N LaSalle St Ste 3600,
               Chicago IL 60602-4015
15591969      VDK Enterprises, Inc,    1166 Ameita St.,    Sycamore, IL 60178
15591968     +Varsity Striping & Construction,    P.O. Box 3055,    Champaign, IL 61826-3055
15591971     +Vulcan Materials,    1000 E. Warrenville Road,    Suite 100,    Naperville, IL 60563-2044
15591972     +Winters Landscape,    50W410 Marcy Road,    Sycamore, IL 60178-6035
15591973     +Yockey Excavating,    228 May Street,    Sycamore, IL 60178-1321
15591908     +casey Equipment Co., Inc.,    1603 E. Algonquine Rd.,    Arlington Heights, IL 60005-4758
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19235771      E-mail/Text: cio.bncmail@irs.gov Nov 09 2013 00:37:58     Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19189740      E-mail/Text: cio.bncmail@irs.gov Nov 09 2013 00:37:58     Internal Revenue Service CIO,
               11601 Roosevelt Blvd,    Mail Drop Point N781,   Philadelphia PA 19154
15591946      E-mail/Text: bankrup@aglresources.com Nov 09 2013 00:37:35     NICOR,   P.O. Box 416,
               Aurora, IL 60568-0001
15591958      E-mail/Text: appebnmailbox@sprint.com Nov 09 2013 00:38:26     Sprint,    P.O. Box 4191,
               Carol Stream, IL 60197-4191
15591963     +E-mail/Text: bankruptcynotices@tcfef.com Nov 09 2013 00:38:20      TCF Equipment Finance Inc,
               11100 Wayzata Blvd. Suite 801,    Minnetonka MN 55305-5503
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15591921      Don Soderquist
15591951      Randy Vehrs
15591902     ##+Aurora Blacktop,    1065 Sard Ave.,    Montgomery, IL 60538-1245
15591913     ##+CMJ Technologies,    2583 Sycamore # 8,    DeKalb, IL 60115-2051
15591938     ##+L.M. Johnson & Sons,    P.O. Box 6030,    Saint Charles, IL 60174-6030
15591941     ##+Len Cox & Sons,    151 Springfield Ave.,    Suite 10,    Joliet, IL 60435-6551
15591945     ##+Mueller & Co., LLP,    2230 Point Blvd.,    Ste 700,    Elgin, IL 60123-9205
15591970      ##Verizon North,    P.O. Box 9688,   Mission Hills, CA 91346-9688
                                                                                              TOTALS: 2, * 0, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
          Andrew B Fuller   on behalf of Creditor   Allied Asphalt Paving Company/Medinah, Inc.
           andrewfuller934@hotmail.com
          Carole J. Ryczek   on behalf of Accountant Carl C Swanson carole.ryczek@usdoj.gov
          Carole J. Ryczek   on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Derek  Johnson   on behalf of Creditor   Chicago Materials Corporation
           djohnson@rathjewoodward.com, bpullin@rathjewoodward.com,rpeck@rathjewoodward.com,
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg   on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephanie M. Keddy   on behalf of Creditor   United Fire & Casualty Company skeddy@leoweber.com
          Stephen G Balsley   on behalf of Debtor   DeKalb Paving, Inc. sbalsley@bslbv.com
```

```
District/off: 0752-3           User: kkrystave              Page 3 of 3                   Date Rcvd: Nov 08, 2013
                               Form ID: pdf006              Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Steven R Rappin    on behalf of Creditor    American Chartered Bank dolswang@hrolaw.com, rarredondo@hrolaw.com

        TOTAL: 10