UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
(ROCKFORD)

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DeKalb Paving, Inc. | ) | Case No. 10 B 72540 |
| | ) | |
| Debtor. | ) | Honorable Judge Thomas M. Lynch |
| | ) | |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on April 1, 2014 (**Document #64**) is withdrawn.   It is withdrawn because the document is not data-enabled - there are no changes.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

## CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on June 23, 2014, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on June 23, 2014.

/s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Megan G. Heeg
heeg@egblc.com

Stephen G. Balsley
sbalsley@bslbv.com

**Parties Served via First Class Mail:**

**DeKalb Paving, Inc.**
16487 Route 23
DeKalb, IL   60115