# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: DEKALB PAVING, INC.   § Case No. 10-72540
                             §
                             §
                             §
Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $214,942.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $10,613.51 | Claims Discharged Without Payment: $908,380.65 |
| Total Expenses of Administration: $11,563.87 | |

3) Total gross receipts of $ 22,177.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,177.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $243,942.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,563.87 | 11,563.87 | 11,563.87 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,599.67 | 2,599.67 | 2,599.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 700,027.33 | 300,102.29 | 300,102.29 | 7,013.84 |
| **TOTAL DISBURSEMENTS** | $943,969.33 | $315,265.83 | $315,265.83 | $22,177.38 |

4) This case was originally filed under Chapter 7 on May 18, 2010. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2014              By: /s/MEGAN G. HEEG
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers and other vehicles | 1129-000 | 1,400.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 2,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,700.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 400.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 2,800.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 2,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,000.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,500.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1229-000 | 1,200.00 |
| 2000 Towmaster Trailer | 1229-000 | 2,000.00 |
| Sullilvan air compressor | 1229-000 | 2,000.00 |
| Nicor return of excess deposit | 1229-000 | 175.54 |
| Interest Income | 1270-000 | 1.84 |
| **TOTAL GROSS RECEIPTS** | | **$22,177.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Chartered Bank | 4110-000 | 221,942.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank | 4110-000 | 22,000.00 | N/A | N/A | 0.00 |
|  | American Chartered Bank | 4210-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL SECURED CLAIMS** |  |  | **$243,942.00** | **$1,000.00** | **$1,000.00** | **$1,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,967.74 | 2,967.74 | 2,967.74 |
| MEGAN G. HEEG | 2200-000 | N/A | 118.76 | 118.76 | 118.76 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 298.38 | 298.38 | 298.38 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Lenny Bryson Auctioneer | 3610-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.20 | 33.20 | 33.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.34 | 40.34 | 40.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.58 | 36.58 | 36.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.29 | 35.29 | 35.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.86 | 38.86 | 38.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.35 | 36.35 | 36.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.59 | 38.59 | 38.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.89 | 34.89 | 34.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.03 | 36.03 | 36.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.75 | 34.75 | 34.75 |
| The Bank of New York Mellon | 2600-000 | N/A | 39.47 | 39.47 | 39.47 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.61 | 34.61 | 34.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.11 | 38.11 | 38.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.84 | 36.84 | 36.84 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.20 | 33.20 | 33.20 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 39.06 | 39.06 | 39.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.43 | 35.43 | 35.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.17 | 34.17 | 34.17 |
| Rabobank, N.A. | 2600-000 | N/A | 26.41 | 26.41 | 26.41 |
| Rabobank, N.A. | 2600-000 | N/A | 23.08 | 23.08 | 23.08 |
| Rabobank, N.A. | 2600-000 | N/A | 23.87 | 23.87 | 23.87 |
| Rabobank, N.A. | 2600-000 | N/A | 26.30 | 26.30 | 26.30 |
| Rabobank, N.A. | 2600-000 | N/A | 25.44 | 25.44 | 25.44 |
| Rabobank, N.A. | 2600-000 | N/A | 22.94 | 22.94 | 22.94 |
| Rabobank, N.A. | 2600-000 | N/A | 27.01 | 27.01 | 27.01 |
| Rabobank, N.A. | 2600-000 | N/A | 24.51 | 24.51 | 24.51 |
| Rabobank, N.A. | 2600-000 | N/A | 23.66 | 23.66 | 23.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,563.87 | $11,563.87 | $11,563.87 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 5800-000 | N/A | 2,599.67 | 2,599.67 | 2,599.67 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,599.67 | $2,599.67 | $2,599.67 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | UNITED PARCEL SERVICE | 7100-000 | 35.22 | 10.97 | 10.97 | 0.27 |
| 2U | Illinois Department of Employment Security | 7100-000 | N/A | 80.00 | 80.00 | 1.87 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | Amount | Claim | Allowed | Paid |
|---|---|---|---:|---:|---:|---:|
| 3 | Franks, Gerkin & McKenna, P.C. | 7100-000 | 719.25 | 1,108.75 | 1,108.75 | 25.91 |
| 4 | Testing Service Corp. | 7100-000 | 5,482.09 | 5,482.09 | 5,482.09 | 128.12 |
| 5 | Super Trucking Construction, Inc. | 7100-000 | 918.00 | 918.00 | 918.00 | 21.46 |
| 6 | DeMar Sealcoating | 7100-000 | 16,600.20 | 16,925.20 | 16,925.20 | 395.57 |
| 7 | Greer Excavating | 7100-000 | 4,353.75 | 4,353.75 | 4,353.75 | 101.75 |
| 8 | Northern Illinois Fencing | 7100-000 | 9,279.40 | 9,279.40 | 9,279.40 | 216.87 |
| 9 | Roland Machinery | 7100-000 | 3,697.94 | 3,697.94 | 3,697.94 | 86.43 |
| 10 | Road Fabrics, Inc. | 7100-000 | 8,324.41 | 8,324.41 | 8,324.41 | 194.55 |
| 11 | TCF Equipment Finance Inc | 7100-000 | N/A | 10,776.90 | 10,776.90 | 251.87 |
| 12 | Fox Valley & Vicinity Laborers Fringe Benefit Fund | 7100-000 | N/A | 5,301.82 | 5,301.82 | 123.91 |
| 13 | JL Company | 7100-000 | 4,106.00 | 4,106.00 | 4,106.00 | 95.96 |
| 14 | Peerless Fence | 7100-000 | 635.00 | 635.00 | 635.00 | 14.84 |
| 15 | Auto-Owners Insurance Company | 7100-000 | 1,264.85 | 1,264.85 | 1,264.85 | 29.56 |
| 16 | Sanco Traffic | 7100-000 | 225.60 | 1,003.20 | 1,003.20 | 23.45 |
| 17 | Curran Contracting | 7100-000 | 3,632.63 | 3,777.63 | 3,777.63 | 88.29 |
| 18 | Double M. Trucking | 7100-000 | 5,654.50 | 5,654.50 | 5,654.50 | 132.15 |
| 19 | Mueller & Co., LLP | 7100-000 | 19,663.10 | 19,851.65 | 19,851.65 | 463.96 |
| 20 | DeKalb County Auto Parts, Inc. | 7100-000 | 143.19 | 150.53 | 150.53 | 3.52 |
| 21 | United Fire & Casualty Company | 7100-000 | unknown | 195,263.70 | 195,263.70 | 4,563.61 |
| 22 | Internal Revenue Service | 7100-000 | N/A | 2,136.00 | 2,136.00 | 49.92 |
| NOTFILED | Lafarge Fox River, Inc. | 7100-000 | 788.52 | N/A | N/A | 0.00 |
| NOTFILED | Leach Enterprises | 7100-000 | 64.81 | N/A | N/A | 0.00 |
| NOTFILED | L.M. Johnson & Sons | 7100-000 | 16,730.40 | N/A | N/A | 0.00 |
| NOTFILED | McCann Industries | 7100-000 | 1,371.34 | N/A | N/A | 0.00 |
| NOTFILED | Koeppen Heavy Hauling | 7100-000 | 4,195.50 | N/A | N/A | 0.00 |
| NOTFILED | Mark It Corporation | 7100-000 | 9,790.00 | N/A | N/A | 0.00 |
| NOTFILED | Len Cox & Sons | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Idearc Media Corp. | 7100-000 | 187.20 | N/A | N/A | 0.00 |
| NOTFILED | Jasco Electric Corp | 7100-000 | 55,355.97 | N/A | N/A | 0.00 |
| NOTFILED | Ferguson & Associates | 7100-000 | 3,329.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 40.18 | N/A | N/A | 0.00 |
| NOTFILED | Fence Connection, Inc. | 7100-000 | 2,358.30 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Laborers c/o Jennifer Dunitz-Geiringer | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Highway Technologies, Inc. | 7100-000 | 516.09 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Tollway | 7100-000 | 122.80 | N/A | N/A | 0.00 |
| NOTFILED | Hoving Clean Sweep, LLC | 7100-000 | 1,236.81 | N/A | N/A | 0.00 |
| NOTFILED | Medinah, Inc. | 7100-000 | 4,814.00 | N/A | N/A | 0.00 |
| NOTFILED | Intelligent Computing Solutions | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Dunn Company | 7100-000 | 2,622.36 | N/A | N/A | 0.00 |
| NOTFILED | Varsity Striping & Construction | 7100-000 | 4,235.40 | N/A | N/A | 0.00 |
| NOTFILED | Traffic Control & Protection | 7100-000 | 4,471.25 | N/A | N/A | 0.00 |
| NOTFILED | VDK Enterprises, Inc | 7100-000 | 16,314.50 | N/A | N/A | 0.00 |
| NOTFILED | Vulcan Materials | 7100-000 | 10,276.37 | N/A | N/A | 0.00 |
| NOTFILED | Verizon North | 7100-000 | 516.92 | N/A | N/A | 0.00 |
| NOTFILED | Yockey Excavating | 7100-000 | 1,075.20 | N/A | N/A | 0.00 |
| NOTFILED | Winters Landscape | 7100-000 | 651.50 | N/A | N/A | 0.00 |
| NOTFILED | Superior Diesel, Inc | 7100-000 | 13.10 | N/A | N/A | 0.00 |
| NOTFILED | Stark & Son Trenching, Inc. | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Stripe-A-Lot of America II, Corp. | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Contracting, Inc | 7100-000 | 4,480.63 | N/A | N/A | 0.00 |
| NOTFILED | Pomps Tire Service | 7100-000 | 916.44 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Disposal Service, Inc. | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Ratliff Bros. Sealcoating | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint | 7100-000 | 1,019.11 | N/A | N/A | 0.00 |
| NOTFILED | Schroeder Asphalt Services, Inc. | 7100-000 | 8,300.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 66.16 | N/A | N/A | 0.00 |
| NOTFILED | Conserve, FS, INC. | 7100-000 | 11,105.80 | N/A | N/A | 0.00 |
| NOTFILED | 1st Ayd Corporation | 7100-000 | 155.70 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 5,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Chadwick Contracting, Co. | 7100-000 | 39,599.85 | N/A | N/A | 0.00 |
| NOTFILED | Charles E. Crosauer & Associates | 7100-000 | 306.25 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Materials Corp | 7100-000 | 28,107.67 | N/A | N/A | 0.00 |
| NOTFILED | CMJ Technologies | 7100-000 | 310.00 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Business Processing Center | 7100-000 | 32.59 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | 143.09 | N/A | N/A | 0.00 |
| NOTFILED | casey Equipment Co., Inc. | 7100-000 | 73.03 | N/A | N/A | 0.00 |
| NOTFILED | Boughton Trucking & Materials | 7100-000 | 28,846.17 | N/A | N/A | 0.00 |
| NOTFILED | Campton Excavating | 7100-000 | 17,085.28 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | All Types Fence, Inc. | 7100-000 | 765.00 | N/A | N/A | 0.00 |
| NOTFILED | Active Excavating & Wreckage, Inc | 7100-000 | 1,267.50 | N/A | N/A | 0.00 |
| NOTFILED | Advance Asphalt Co. | 7100-000 | 68,489.94 | N/A | N/A | 0.00 |
| NOTFILED | Allied Asphalt | 7100-000 | 59,078.91 | N/A | N/A | 0.00 |
| NOTFILED | Anderson Concrete Co., Inc. | 7100-000 | 2,102.97 | N/A | N/A | 0.00 |
| NOTFILED | BHFX LLC | 7100-000 | 410.35 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Blacktop | 7100-000 | 81,290.36 | N/A | N/A | 0.00 |
| NOTFILED | Beverly Materials, LLC | 7100-000 | 1,106.29 | N/A | N/A | 0.00 |
| NOTFILED | Dell Business Credit | 7100-000 | 54.59 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$700,027.33** | **$300,102.29** | **$300,102.29** | **$7,013.84** |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  

**Period Ending:** 06/20/14

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/18/10 (f)  
**§341(a) Meeting Date:** 07/09/10  
**Claims Bar Date:** 12/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking, savings or other financial accounts, c  Orig. Asset Memo: Orig. Description: American Charter checking account; Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 2  Checking, savings or other financial accounts, c  Orig. Asset Memo: Orig. Description: Resource Bank checking account; Imported from original petition Doc# 1; | 0.00 | 0.00 | | 0.00 | FA |
| 3  Accounts receivable.  Orig. Asset Memo: Orig. Description: See attached list; Imported from original petition Doc# 1; (See Footnote) | 213,442.00 | 0.00 | | 0.00 | FA |
| 4  Automobiles, trucks, trailers and other vehicles  Orig. Asset Memo: Orig. Description: 2001 Ford pickup; Imported from original petition Doc# 1 is this VIN 3FTNX20F31MA09579?; | 7,000.00 | 1,400.00 | | 1,400.00 | FA |
| 5  Machinery, fixtures, equipment and supplies used  Orig. Asset Memo: Orig. Description: Wood Drag Box; Imported from original petition Doc# 1; | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  AUTOMOBILES AND OTHER VEHICLES (u)  Orig. Asset Memo: 2004 Millennium Trailer; VIN 5MTD25294A000264; | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 7  AUTOMOBILES AND OTHER VEHICLES (u)  Orig. Asset Memo: 2004 Redi Haul Trailer; VIN 47SS091TX41020393; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 8  AUTOMOBILES AND OTHER VEHICLES (u)  Orig. Asset Memo: 2004 Interstate Trailer; VIN 1JKAPC20X4M))5383; | 0.00 | 1,700.00 | | 1,700.00 | FA |
| 9  AUTOMOBILES AND OTHER VEHICLES (u)  Orig. Asset Memo: 2000 Towmaster Trailer; VIN 4KNTT1826YL163527; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 10  AUTOMOBILES AND OTHER VEHICLES (u)  Orig. Asset Memo: 1997 Mack 200 Series Flatbed; VIN VGM11689VB103292; | 0.00 | 400.00 | | 400.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 05/18/10 (f)  
**§341(a) Meeting Date:** 07/09/10

**Period Ending:** 06/20/14

**Claims Bar Date:** 12/21/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1987 Ford Conventioal LL Carryall; VIN 1FDYU82A3HVA52440; | 0.00 | 2,800.00 | | 2,800.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1992 International Paystar F5070; VIN 2HTTGA2T2NC056336; | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 2000 Mack 250 Ms250 Flatbed; VIN VG6M117B2YB203446; | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1984 International Trl Truck; VIN 1HSZEHUR8EHA25005; | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES (u)<br>Orig. Asset Memo: 1990 Ford F150 Pickup; VIN 1FTDF15Y8LLB21267; | 0.00 | 1,200.00 | | 1,200.00 | FA |
| 16 | LIQUIDATED DEBTS OWING DEBTOR<br>Orig. Asset Memo: Judgment lien against prop owned by Montalbano builders (9/29/10 1st mtg holder offered $750 to release lien); (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Towmaster Trailer (u)<br>Orig. Asset Memo: Vin ending 163524; | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 18 | Sullilvan air compressor (u) (See Footnote) | 0.00 | 1,000.00 | | 2,000.00 | FA |
| 19 | Nicor return of excess deposit (u)<br>Orig. Asset Memo: NiCor return of excess deposit; | 0.00 | 175.54 | | 175.54 | FA |
| 20 | Other Personal Property (unscheduled) (u)<br>Orig. Asset Memo: Potential preference to American Chartered Bank re: repossesssion of CH613 Mack Truck VIN 1M1AA13Y6TW06057 and Hillbilt dump trailer VIN 1H9A3E3C411015040.; (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.84 | FA |
| 21 | **Assets Totals** (Excluding unknown values) | **$221,942.00** | **$21,175.54** | | **$22,177.38** | **$0.00** |

RE PROP# 3    (Creditor has perfected security interest in this asset)  
RE PROP# 16   Secured creditor has perfected security interest in same

Printed: 06/20/2014 03:19 PM    V.13.15

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 10-72540
**Case Name:** DEKALB PAVING, INC.

**Period Ending:** 06/20/14

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 05/18/10 (f)
**§341(a) Meeting Date:** 07/09/10
**Claims Bar Date:** 12/21/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 18   Secured creditor claimed security interest.  Compromised by payment of $1,000 to creditor per court order.

RE PROP# 20   After investigation learned lender has perfected security interest since at least 2007.

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 30, 2011     **Current Projected Date Of Final Report (TFR):**   October 30, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******78-65 - Money Market Account  

**Taxpayer ID #:** **-***6643  
**Period Ending:** 06/20/14  

**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/15/10 | | Lenny Bryson Auctioneer | sale of assets per court order | | 18,700.00 | | 18,700.00 |
| | {4} | | 1,400.00 | 1129-000 | | | 18,700.00 |
| | {6} | | 2,500.00 | 1229-000 | | | 18,700.00 |
| | {7} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {8} | | 1,700.00 | 1229-000 | | | 18,700.00 |
| | {9} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {10} | | 400.00 | 1229-000 | | | 18,700.00 |
| | {11} | | 2,800.00 | 1229-000 | | | 18,700.00 |
| | {12} | | 2,500.00 | 1229-000 | | | 18,700.00 |
| | {13} | | 1,000.00 | 1229-000 | | | 18,700.00 |
| | {14} | | 1,500.00 | 1229-000 | | | 18,700.00 |
| | {15} | | 1,200.00 | 1229-000 | | | 18,700.00 |
| | {17} | | 2,000.00 | 1229-000 | | | 18,700.00 |
| | {18} | | 2,000.00 | 1229-000 | | | 18,700.00 |
| | | | -3,300.00 | 3610-000 | | | 18,700.00 |
| 12/23/10 | 1001 | American Chartered Bank | Sullivan air compressor | 4210-000 | | 1,000.00 | 17,700.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 17,700.07 |
| 01/11/11 | | ACCOUNT FUNDED: **********7819 | | 9999-000 | | 17,000.00 | 700.07 |
| 01/14/11 | {19} | Nicor | refund of deposit | 1229-000 | 175.54 | | 875.61 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 875.66 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 875.66 |
| 07/18/11 | | To Account #**********7819 | combine MMA's | 9999-000 | | 875.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,875.66 | 18,875.66 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 17,875.66 | |
| | | | **Subtotal** | | 18,875.66 | 1,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,875.66** | **$1,000.00** | |

{} Asset reference(s)

Printed: 06/20/2014 03:19 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  
**Taxpayer ID #:** **-***6643  
**Period Ending:** 06/20/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******78-19 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/11/11 | | FUNDING ACCOUNT:<br>**********7865 | | 9999-000 | 17,000.00 | | 17,000.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 17,000.09 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.22 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,000.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,000.76 |
| 07/18/11 | | From Account #**********7865 | combine MMA's | 9999-000 | 875.66 | | 17,876.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,876.56 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.20 | 17,843.36 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,843.50 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.56 | 17,801.94 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.22 | 17,803.16 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,803.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.58 | 17,766.71 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,766.85 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.29 | 17,731.56 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,731.69 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.86 | 17,692.83 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,692.97 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.35 | 17,656.62 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,656.76 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.59 | 17,618.17 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.89 | 17,583.28 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.03 | 17,547.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.75 | 17,512.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.47 | 17,473.03 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.61 | 17,438.42 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.11 | 17,400.31 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.84 | 17,363.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.20 | 17,330.27 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 39.06 | 17,291.21 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.43 | 17,255.78 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.17 | 17,221.61 |
| 01/17/13 | | RABOBANK MIGRATION | TRANSFER TO 0001033049088 | 9999-000 | | 17,221.61 | 0.00 |

Subtotals :   $17,877.38   $17,877.38

{} Asset reference(s)

Printed: 06/20/2014 03:19 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 10-72540 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** DEKALB PAVING, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******78-19 - Checking Account |
| **Taxpayer ID #:** **-***6643 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 06/20/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | TRANSFER OUT | 20130117 | | | | |
| | | | ACCOUNT TOTALS | | 17,877.38 | 17,877.38 | $0.00 |
| | | | Less: Bank Transfers | | 17,875.66 | 17,221.61 | |
| | | | **Subtotal** | | **1.72** | **655.77** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.72** | **$655.77** | |

{} Asset reference(s)    Printed: 06/20/2014 03:19 PM    V.13.15

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  
**Taxpayer ID #:** **-***6643  
**Period Ending:** 06/20/14

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0319 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 17,221.61 | | 17,221.61 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.41 | 17,195.20 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.08 | 17,172.12 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.87 | 17,148.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.30 | 17,121.95 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.44 | 17,096.51 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.94 | 17,073.57 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.01 | 17,046.56 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.51 | 17,022.05 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.66 | 16,998.39 |
| 12/23/13 | 10101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,000.00 | 13,998.39 |
| 12/23/13 | 10102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $298.38, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 298.38 | 13,700.01 |
| 12/23/13 | 10103 | Carl C. Swanson, CPA | Dividend paid 100.00% on $1,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,000.00 | 12,700.01 |
| 12/23/13 | 10104 | Illinois Department of Employment Security | Dividend paid 100.00% on $2,599.67; Claim# 2P; Filed: $2,599.67; Reference: | 5800-000 | | 2,599.67 | 10,100.34 |
| 12/23/13 | 10105 | UNITED PARCEL SERVICE | Dividend paid 2.33% on $10.97; Claim# 1; Filed: $10.97; Reference: | 7100-000 | | 0.27 | 10,100.07 |
| 12/23/13 | 10106 | Illinois Department of Employment Security | Dividend paid 2.33% on $80.00; Claim# 2U; Filed: $80.00; Reference: | 7100-000 | | 1.87 | 10,098.20 |
| 12/23/13 | 10107 | Franks, Gerkin & McKenna, P.C. | Dividend paid 2.33% on $1,108.75; Claim# 3; Filed: $1,108.75; Reference: | 7100-000 | | 25.91 | 10,072.29 |
| 12/23/13 | 10108 | Testing Service Corp. | Dividend paid 2.33% on $5,482.09; Claim# 4; Filed: $5,482.09; Reference: | 7100-000 | | 128.12 | 9,944.17 |
| 12/23/13 | 10109 | Super Trucking Construction, Inc. | Dividend paid 2.33% on $918.00; Claim# 5; Filed: $918.00; Reference: | 7100-000 | | 21.46 | 9,922.71 |
| 12/23/13 | 10110 | DeMar Sealcoating | Dividend paid 2.33% on $16,925.20; Claim# 6; Filed: $16,925.20; Reference: | 7100-000 | | 395.57 | 9,527.14 |
| 12/23/13 | 10111 | Greer Excavating | Dividend paid 2.33% on $4,353.75; Claim# 7; Filed: $4,353.75; Reference:<br>Stopped on 01/28/14 | 7100-000 | | 101.75 | 9,425.39 |
| 12/23/13 | 10112 | Northern Illinois Fencing | Dividend paid 2.33% on $9,279.40; Claim# 8; Filed: $9,279.40; Reference: | 7100-000 | | 216.87 | 9,208.52 |

Subtotals :   $17,221.61    $8,013.09

{} Asset reference(s)

Printed: 06/20/2014 03:19 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 10-72540  
**Case Name:** DEKALB PAVING, INC.  
**Taxpayer ID #:** **-***6643  
**Period Ending:** 06/20/14  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0319 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/13 | 10113 | Roland Machinery | Dividend paid 2.33% on $3,697.94; Claim# 9; Filed: $3,697.94; Reference: XX8690 | 7100-000 | | 86.43 | 9,122.09 |
| 12/23/13 | 10114 | Road Fabrics, Inc. | Dividend paid 2.33% on $8,324.41; Claim# 10; Filed: $8,324.41; Reference: | 7100-000 | | 194.55 | 8,927.54 |
| 12/23/13 | 10115 | TCF Equipment Finance Inc | Dividend paid 2.33% on $10,776.90; Claim# 11; Filed: $10,776.90; Reference: | 7100-000 | | 251.87 | 8,675.67 |
| 12/23/13 | 10116 | Fox Valley & Vicinity Laborers Fringe Benefit Fund | Dividend paid 2.33% on $5,301.82; Claim# 12; Filed: $5,301.82; Reference: | 7100-000 | | 123.91 | 8,551.76 |
| 12/23/13 | 10117 | JL Company | Dividend paid 2.33% on $4,106.00; Claim# 13; Filed: $4,106.00; Reference: | 7100-000 | | 95.96 | 8,455.80 |
| 12/23/13 | 10118 | Peerless Fence | Dividend paid 2.33% on $635.00; Claim# 14; Filed: $635.00; Reference: | 7100-000 | | 14.84 | 8,440.96 |
| 12/23/13 | 10119 | Auto-Owners Insurance Company | Dividend paid 2.33% on $1,264.85; Claim# 15; Filed: $1,264.85; Reference: | 7100-000 | | 29.56 | 8,411.40 |
| 12/23/13 | 10120 | Sanco Traffic | Dividend paid 2.33% on $1,003.20; Claim# 16; Filed: $1,003.20; Reference: | 7100-000 | | 23.45 | 8,387.95 |
| 12/23/13 | 10121 | Curran Contracting | Dividend paid 2.33% on $3,777.63; Claim# 17; Filed: $3,777.63; Reference: | 7100-000 | | 88.29 | 8,299.66 |
| 12/23/13 | 10122 | Double M. Trucking | Dividend paid 2.33% on $5,654.50; Claim# 18; Filed: $5,654.50; Reference: | 7100-000 | | 132.15 | 8,167.51 |
| 12/23/13 | 10123 | Mueller & Co., LLP | Dividend paid 2.33% on $19,851.65; Claim# 19; Filed: $19,851.65; Reference: | 7100-000 | | 463.96 | 7,703.55 |
| 12/23/13 | 10124 | DeKalb County Auto Parts, Inc. | Dividend paid 2.33% on $150.53; Claim# 20; Filed: $150.53; Reference: | 7100-000 | | 3.52 | 7,700.03 |
| 12/23/13 | 10125 | United Fire & Casualty Company | Dividend paid 2.33% on $195,263.70; Claim# 21; Filed: $195,263.70; Reference: | 7100-000 | | 4,563.61 | 3,136.42 |
| 12/23/13 | 10126 | Internal Revenue Service | Dividend paid 2.33% on $2,136.00; Claim# 22; Filed: $2,136.00; Reference: | 7100-000 | | 49.92 | 3,086.50 |
| 12/23/13 | 10127 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,086.50 | 0.00 |
| | | | Dividend paid 100.00% on $2,967.74; Claim# ; Filed: $2,967.74      2,967.74 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $118.76; Claim# ; Filed: $118.76      118.76 | 2200-000 | | | 0.00 |
| 01/28/14 | 10111 | Greer Excavating | Dividend paid 2.33% on $4,353.75; Claim# 7; Filed: $4,353.75; Reference: | 7100-000 | | -101.75 | 101.75 |

Subtotals : $0.00    $9,106.77

{} Asset reference(s)

Printed: 06/20/2014 03:19 PM    V.13.15

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 10-72540 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | DEKALB PAVING, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0319 - Checking Account |
| Taxpayer ID #: | **-***6643 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/20/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 12/23/13 | | | | |
| 02/12/14 | 10128 | United States Bankruptcy Clerk | reissued check per report of unclaimed funds filed 2/12/14 | 7100-000 | | 101.75 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 17,221.61 | 17,221.61 | $0.00 |
| | | | Less: Bank Transfers | | 17,221.61 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 17,221.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $17,221.61 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ****-******78-65** | 18,875.66 | 1,000.00 | 0.00 |
| **Checking # ****-******78-19** | 1.72 | 655.77 | 0.00 |
| **Checking # ******0319** | 0.00 | 17,221.61 | 0.00 |
| | $18,877.38 | $18,877.38 | $0.00 |

{} Asset reference(s)

Printed: 06/20/2014 03:19 PM    V.13.15